UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ANTHONY FONTAINE, | No. 2:21-cv-01688-JAM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY SHERIFF, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 16, 2022, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

    The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

1

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 16, 2022 adopted in full; and
2. This action is dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE